# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **TERESA AMES HUGHES** | **CASE NO. 21-10841-JDW** |
| **DEBTOR** | **CHAPTER 11** |

### NOTICE OF 11 U.S.C. § 1188(a) STATUS CONFERENCE AND
### DUE DATE FOR DEBTOR'S REPORT UNDER 11 U.S.C. § 1188(c)

YOU ARE HEREBY NOTIFIED that the Status Conference required under 11 U.S.C. § 1188(a) to further the expeditious and economical resolution of this Subchapter V–Small Business Debtor Reorganization case will be held on June 16, 2021 at 10:30 a.m. in the Federal Building, 911 Jackson Avenue, Oxford, Mississippi 38655.

ON OR BEFORE June 2, 2021, Debtor shall file with the court and serve on the trustee and all parties in interest the report required under 11 U.S.C. § 1188(c).

        Shallanda J. Clay, Clerk
        By:    S. Fields
                Deputy Clerk
                703 Highway 145 North
                Aberdeen, MS  39730
                Telephone:  (662) 369-2596

DATE OF ISSUANCE:  4/30/2021