## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:     TERESA AMES HUGHES | CASE NO.    21-10841-JDW |
| DEBTOR(S) | CHAPTER    11 |

### NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

PURSUANT TO 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Robert A. Byrd**
**Byrd & Wiser**
**P. O. Drawer 1939**
**Biloxi, MS 39533**
**Telephone: (228) 432-8123**
**Facsimile: (228) 432-7029**
**Email: rab@bydwiser.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

DATE: May 4, 2021                    DAVID W. ASBACH
                                     Acting United States Trustee
                                     Region 5, Judicial Districts
                                     of Louisiana and Mississippi

                            By:      */s/ Ronald H. McAlpin*
                                     Ronald H. McAlpin

Ronald H. McAlpin (MSB #2182)
Assistant U. S. Trustee
United States Department of Justice
501 East Court Street, Suite 6-430
Jackson, MS   39201
Telephone: (601) 965-5247
EMAIL:  ronald.mcalpin@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

IN RE:

**TERESA AMES HUGHES**                              CASE NO. 21-10841 JDW

Debtor(s)                                           CHAPTER 11

### VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $275.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

1

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2021.

Dated: 05/03/2021

/S/ROBERT ALAN BYRD
MSB#7651
BYRD & WISER
PO DRAWER 1939
BILOXI, MS 39533
228-432-8123
228-432-7029 (FAX)
EMAIL: rab@byrdwiser.com

2