**SO ORDERED,**



*Judge Jason D. Woodard*

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | THERESA AMES HUGHES | CHAPTER 11 |
| | Debtor | CASE NO. 21-10841-JDW |

### ORDER

THIS CAUSE having come on to be heard on the *Motion for Extension of Time Within Which to File Required Documents* (the "Motion") **[DK #24]** filed herein by Theresa Ames Hughes (the "Debtor"), and the Court having heard and considered the Motion, ~~and being fully advised in the matter, is of the opinion that~~ *finds* the Motion ~~is well-taken and~~ should be granted. (JDW)

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the *Motion for Extension of Time Within Which to File Required Documents* is hereby granted, and the Debtor shall file her Statement of Financial Affairs, Summary of Schedules, Schedules A-J, List of 20 Largest Unsecured Creditors, and Small Business Documents (the "Required Documents") within this Chapter 11 case within fourteen days from the date of this Order.

**# # END OF ORDER # #**

SUBMITTED BY:
Craig M. Geno, Esq. - MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
(601) 427-0048 - Telephone
(601) 427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Hughes, Amy\Pleadings\Order on Extension of Time 5-13-21.wpd