IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   **TERESA AMES HUGHES**              **CHAPTER 11**
         Debtor                              **CASE NO. 21-10841-JDW**

**AFFIDAVIT OF DEBTOR AS TO
NON-COMPLIANCE WITH SMALL BUSINESS DOCUMENTS**

COMES NOW Teresa Ames Hughes (the "Debtor"), and files this Affidavit on behalf of the Debtor as to Non-Compliance with Small Business Documents, and in support thereof, would respectfully show as follows, to-wit:

1. The Debtor is fully apprised of the facts and circumstances in connection with this Affidavit, and she makes this Affidavit upon her personal knowledge, information and belief.

2. The Debtor herein does not have any balance sheets, statement of operations, cash-flow statements or financial statements and related information that would allow her to fulfill the "small business requirements" of 11 U.S.C. § 1116.

Further, the Debtor says nothing.

THIS, the 25th day of May, 2021.

Respectfully submitted,

TERESA AMES HUGHES

By: _____
Teresa Ames Hughes, Debtor

STATE OF MISSISSIPPI
COUNTY OF Hinds

PERSONALLY appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named Teresa Ames Hughes, who after being duly sworn, stated on oath that the above and foregoing matters, statements and allegations are true and correct to the best of her knowledge, information and belief.

SWORN TO AND SUBSCRIBED BEFORE ME, this the 25th day of May, 2021.

_____
NOTARY PUBLIC

(SEAL)