IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  THERESA AMES HUGHES                                              CHAPTER 11
        Debtor                                                    CASE NO. 21-10841-JDW

## NOTICE TO EACH ADDED CREDITOR & U. S. TRUSTEE

TO:  PDI, Inc.                              Sammye S. Tharp, Esq.
     6600 Vaiden Road                       Office of the United States Trustee
     Hernando, MS 38632                     sammye.s.tharp@usdoj.gov

**PLEASE TAKE NOTICE** that the undersigned debtor has filed an amended matrix to add one or more additional creditors, which said amendment lists the creditor noticed hereby as an additional creditor in the above captioned bankruptcy case.

If the added creditor wishes to examine the Debtor under oath, the added creditor may appear at the § 341(a) creditors' meeting (see copy of the meeting notice enclosed).

If this is a **Chapter 7, 12 OR 13** case and the attached § 341 meeting notice contains language "Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So", then you do not need to file a claim at this time. However, if the notice contains a Proof of Claim deadline, as an added creditor you have 70 days from the date of mailing of this notice to file a Proof of Claim.

If this is a **Chapter 11** case, you have the right to file a proof of claim by the bar date indicated on the attached § 341 meeting notice or 30 days from the date of mailing of this notice, whichever is later.

**PLEASE TAKE NOTICE ALSO** that the undersigned debtor and/or the debtor's attorney is required to send a copy of the amended schedule to each added creditor, to the case trustee and to the U.S. Trustee.

THIS, the ___ day of May, 2021.

                                    Respectfully submitted,

                                    TERESA AMES HUGHES

                                    By Her Attorneys,

                                    LAW OFFICES OF CRAIG M. GENO, PLLC

                                    By: _____
                                        Craig M. Geno

-2-

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Hughes, Amy\Matrix\Amended Matrix\Notice to Each Added Creditor 5-27-21.wpd

## CERTIFICATE OF SERVICE

    I, Craig M. Geno, Attorney for the above listed Debtor, do hereby certify that I have this date mailed a true and correct copy of the above Notice to Creditors, a copy of the § 341 meeting notice, and the amended matrix to the affected creditor, case trustee, if applicable, and U.S. Trustee at the above listed addresses.

    THIS, the _28th_ day of May, 2021.

                                                _/s/ Craig M. Geno_
                                                Craig M. Geno

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Teresa Ames Hughes<br>First Name    Middle Name    Last Name | Social Security number or ITIN:<br>EIN: | xxx-xx-1316 |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN:<br>EIN: | |
| United States Bankruptcy Court: | Northern District of Mississippi | Date case filed for chapter: | 11    4/29/21 |
| Case number: | 21-10841-JDW | | |

## Official Form 309E2 (For Individuals or Joint Debtors under Subchapter V)
**Notice of Chapter 11 Bankruptcy Case**    02/20

For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Teresa Ames Hughes | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 205 Commissary Drive<br>Olive Branch, MS 38654 | |
| 4. | Debtor's attorney<br>Name and address | Craig M. Geno<br>Law Offices of Craig M. Geno, PLLC<br>587 Highland Colony Parkway<br>Ridgeland, MS 39157 | Contact phone 601-427-0048<br>Email cmgeno@cmgenolaw.com |
| 5. | Bankruptcy trustee<br>Name and address | Robert A. Byrd<br>Byrd & Wiser<br>P. O. Box 1939<br>Biloxi, MS 39533-1939 | Contact phone 228-432-8123<br>Email: rab@byrdwiser.com |

For more information, see page 2 >

Debtor  **Teresa Ames Hughes**                                                                 Case number **21-10841-JDW**

| | | |
|---|---|---|
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Cochran U.S. Bankruptcy Courthouse<br>703 Highway 145 North<br>Aberdeen, MS 39730 | Hours open:<br>8:00 a.m. – 5:00 p.m., Monday through Friday<br><br>Contact phone 662-369-2596<br><br>Date: 5/7/21 |
| 7. **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 4, 2021 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Telephonic Meeting, Telephonic Meeting** |
| 8. **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**Deadline for filing proof of claim:**<br>**For all creditors (except a governmental unit):** 8/27/21<br>**For a governmental unit:**              10/26/21<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed, contingent,* or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed, contingent,* or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br><br>**Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | First date set for hearing on confirmation of plan. The court will send you a notice of that date later.<br><br>**Filing deadline for dischargeability complaints: 8/3/21**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Filing Deadline:**<br>30 days after the *conclusion* of the meeting of creditors |
| 9. **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |

**For more information, see page 3 >**

Debtor  **Teresa Ames Hughes**                                                                                                                                              Case number **21-10841-JDW**

| 11. Discharge of debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. |
|---|---|
| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

IN RE: Teresa Ames Hughes

CASE NO. 21-10841

**DEBTOR(S)**                                              **CHAPTER 11**

---

## NOTICE OF 11 U.S.C. § 341(a) MEETING TO BE HELD BY TELEPHONE

---

PLEASE TAKE NOTICE that the 11 U.S.C. § 341(a) meeting of creditors will be conducted via TELEPHONE by:

**U.S.Trustee:** Sammye S. Tharp, Trial Attorney
**Call in number:** 877-953-5629
**Passcode:** 6207868

The following date and time for the meeting have not changed from the original creditor meeting notice sent to you by the Bankruptcy Court:

**Friday, June 4, 2021 at 1:00 pm**

Please do not appear in-person for the meeting. Debtors must call in to the meeting to be questioned under oath. In a joint case, both spouses must call in to the meeting. Creditors may attend but are not required to do so. Debtor attorneys will be responsible for verifying both the debtors' photo ID and the debtors' social security number on the record. If you are a pro se debtor who appears by telephone, the trustee may require that you appear at a continued meeting in order to present your proof of identification and social security number and to affirm that you were the one who testified at the telephonic meeting. If the meeting is continued or adjourned to a later date, the date will be on the court docket. If you have any questions or concerns, please contact your attorney or the U.S. Trustee at:

U.S. Trustee Telephone: (601) 965-5241
U.S. Trustee Email: sammye.s.tharp@usdoj.gov

Dated: May 7, 2021                          DAVID W. ASBACH
                                            Acting United States Trustee
                                            Region 5, Judicial Districts of
                                            Louisiana and Mississippi

                                    By:     /s/ Sammye S. Tharp
                                            Sammye S. Tharp

Sammye S. Tharp, Trial Attorney
U. S. Trustee, Region 5
501 East Court Street, Suite 6-430
Jackson, Mississippi 39201
Telephone: (601) 965-4142
Email: sammye.s.tharp@usdoj.gov

## United States Bankruptcy Court
### Northern District of Mississippi

In re   Teresa Ames Hughes                                                            Case No.   21-10841-JDW
                                    Debtor(s)                                         Chapter    11

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **May 27, 2021**          /s/ Teresa Ames Hughes
                                  **Teresa Ames Hughes**
                                  Signature of Debtor

Case 21-10841-JDW    Doc 32    Filed 05/28/21    Entered 05/28/21 10:27:10    Desc Main
Document      Page 8 of 11

# AMENDED MATRIX

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0537-1<br>Case 21-10841-JDW<br>Northern District of Mississippi<br>Aberdeen<br>Thu May 27 15:13:39 CDT 2021 | BankPlus<br>385A Highland Colony Parkway<br>Suite 110<br>Ridgeland, MS 39157-6040 | BankPlus<br>8990 Pigeon Roost Road<br>Olive Branch, MS 38654-1555 |
| Bridgestone Credit Card<br>Credit First N.A.<br>3451 Harry S. Truman Blvd<br>Saint Charles, MO 63301-4047 | Bridgestone Credit Card<br>Credit First N.A.<br>P.O. Box 81344<br>Cleveland, OH 44188-0344 | Business Advance Team, LLC<br>d/b/a Everyday Capital<br>c/o Josh Goldberg, MCA Recovery, LLC<br>116 Nassau Street, Suite 804<br>New York, NY 10038-2481 |
| Robert A. Byrd<br>Byrd & Wiser<br>P. O. Box 1939<br>Biloxi, MS 39533-1939 | CAN Capital, Inc., assignee of WebBank<br>2015 Vaughn Road<br>Building 500<br>Kennesaw, GA 30144-7831 | Can Capital, Inc./WebBank<br>2015 Vaughn Road NW<br>Suite 500<br>Kennesaw, GA 30144-7831 |
| (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Credit Card<br>P.O. Box 6103<br>Carol Stream, IL 60197-6103 |
| (p)EVEREST BUSINESS FUNDING LLC<br>8200 NW 52ND TERR<br>SECOND FLOOR<br>DORAL FL 33166-7852 | Craig M. Geno<br>Law Offices of Craig M. Geno, PLLC<br>587 Highland Colony Parkway<br>Ridgeland, MS 39157-8784 | Teresa Ames Hughes<br>205 Commissary Drive<br>Olive Branch, MS 38654-7337 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>In care of U.S. Attorney<br>900 Jefferson Avenue<br>Oxford MS 38655-3608 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia PA 19101-7346 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Kalamata Capital Group, LLC<br>7315 Wisconsin Avenue East<br>Suite 550 East<br>Bethesda, MD 20814-3306 | LoanMe, Inc.<br>1900 S. State College Blvd.<br>Suite 300<br>Anaheim, CA 92806-6152 |
| MS Tax Commission<br>P.O. Box 22808<br>Jackson, MS 39225-2808 | Memphis Radiological, PC<br>P.O. Box 1692<br>Memphis, TN 38101-1692 | Methodist Le Bonheur Healthcare<br>P.O. Box 734184<br>Dallas, TX 75373-4184 |
| Mississippi Department of Revenue<br>Bankruptcy Section<br>Post Office Box 22808<br>Jackson MS 39225-2808 | Regions Bank<br>Consumer Loan Processing<br>P.O. Box 2224<br>Birmingham, AL 35246-0026 | Regions Bank<br>PO Box 10063<br>Birmingham, AL 35202-0063 |
| Sequium Asset Solutions<br>1130 Northchase Parkway<br>Suite 150<br>Marietta, GA 30067-6429 | Sound Physicians Emergency Med of Greater Me<br>P.O. Box 748996<br>Los Angeles, CA 90074-8996 | SweetPea's Table, LLC<br>205 Commissary Drive<br>Olive Branch, MS 38654-7337 |

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

The Bureaus, Inc./Synchrony Bank
c/o PRA Receivables Management, LLC
P O Box 41021
Norfolk, VA 23541-1021

U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201-5022

U.S. Securities and Exchange Commission
Atlanta Regional Office
950 East Paces Ferry Road, N.E., Suite 9
Atlanta GA 30326-1180

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase/Amazon Credit Card
Cardmember Service
P.O. Box 6294
Carol Stream, IL 60197-6294

EBF Partners, LLC
d/b/a Everest Business Funding
5 West 37th Street
Suite 1100
New York, NY 10018

IRS
Att: Special Procedures Staff
100 W. Capitol St.
Room 504
Jackson, MS 39269

(d)Internal Revenue Service
Attn: Special Processing Staff
100 West Capitol Street
Room 504
Jackson MS 39269

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PDI, Inc.

(u)Synchrony Bank/Lowe's

End of Label Matrix
Mailable recipients    33
Bypassed recipients     2
Total                  35

*****

PDI, Inc.
6600 Vaiden Road
Hernando, MS 38632

**Fill in this information to identify your case:**

Debtor 1: Teresa Ames Hughes

Debtor 2 (Spouse if, filing):

United States Bankruptcy Court for the: NORTHERN DISTRICT OF MISSISSIPPI

Case number (if known): 21-10841-JDW

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion If any |
|---|---|---|---|---|
| 2.1 | **PDI, Inc.**<br>Creditor's Name<br><br>6600 Vaiden Road<br>Hernando, MS 38632<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>205 Commissary Drive Olive Branch, MS 38654 DeSoto County<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $485,000.00 | $500,000.00 | $0.00 |

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

| 2.2 | **Regions Bank**<br>Creditor's Name<br>Consumer Loan Processing<br>P.O. Box 2224<br>Birmingham, AL 35246-0026<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>2015 Ford Explorer<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,051.24 | $13,000.00 | $1,051.24 |

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number 5979

---

Official Form 106D   Schedule D: Creditors Who Have Claims Secured by Property   page 1 of 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | Teresa Ames Hughes | | | Case number (if known) | 21-10841-JDW |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Add the dollar value of your entries in Column A on this page. Write that number here: **$499,051.24**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: **$499,051.24**

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.