# CHAPTER 11 PROCEEDING MEMO
## AND MINUTES OF TELEPHONIC §341 MEETING
### DATE:  June 4, 2021 @ 1:00 p.m.

In re:  Teresa Ames Hughes                               Case no. 21-10841

    Debtor(s)                                             Chapter 11

1. Name of attorney(s) for debtor(s): Craig M. Geno, Esq.

2. Has attorney(s) for debtor(s) filed a fee disclosure statement pursuant to 11 U.S.C. §329 and Rule 2016, Federal Rules of Bankruptcy Procedure?  __X__Yes   _____No

3. Appearances:  (X) Debtor(s)
    ( ) Debtor(s) representative
    (X) Attorney(s) for debtor(s)
    ( ) Creditor(s): (See attached appearance sheet)
    (X) Subchapter V Trustee, Bob Byrd

4. Debtor(s) examined under oath or affirmation by:
    ( ) Attorney for debtor(s)     ( ) Creditors
    (X) UST designee               ( ) Others (Subchapter V Trustee)

5. Debtor(s) required to _(See additional notes & comments.)

6. Fifth amendment invoked? _____ Yes   __X__No.

7. Meeting adjourned (X) Yes ( ) No. If no, meeting is continued to _____

Additional notes and/or comments:    The debtor is to file Official Form No. 26 no later than 6/9/21; open DIP account and provide copy of signature card no later than 6/9/21 and status on Original voided check; Amend the following w/I 20 days: Schedule B to accurately reflect ownership interest in Sweet Peas LLC; Schedule I to include $1000 contribution from parents; SOFA #4 to accurately reflect 2019 income; #6 to include mortgage payments to PDI; #27 to accurately reflect accounting firm for Sweet Peas; 10 days to add UST as a party of notice; and Attachment V of IDI docs to reflect new dip acct no later than 6/9/21.

Tape #_____ Side_____                          */s/ Sammye S. Tharp*
Counter #_____                           Presiding Officer