IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:     TERESA AMES HUGHES            CHAPTER 11
            Debtor                                                CASE NO. 21-10841-JDW

## BALLOT SUMMARY AND CERTIFICATION

I, Craig M. Geno, counsel of record for Teresa Ames Hughes, do hereby certify that the ballots attached hereto and filed herewith are true and correct copies of the original ballots received and that the summary of the ballots tally is a true and accurate reflection of the acceptances and rejections actually cast in this case with respect to the Debtor's Subchapter V Plan of Reorganization [DK #42].

| BALLOT SUMMARY BY CLAIM |||| 
|---|---|---|---|
| Name (Alphabetized) | Class | Allowed Amount | Vote |
| PDI Investments, Inc. | 3 | $427,965.93 | Accepts |

| BALLOT SUMMARY BY CLASS ||| || |
|---|---|---|---|---|---|---|
| Class | Total # | Total $ Amount | Total # of Yes/No || Total $ Amount by Yes/No || Class Vote |
| | | | Yes | No | Yes | No | |
| 3 | 1 | $427,965.93 | 1 | 0 | $427,965.93 | $0.00 | 100% Accepts |

THIS, the 17th day of September, 2021.

                                    Respectfully submitted,

                                    TERESA AMES HUGHES

                                    By Her Attorneys

                                    LAW OFFICES OF CRAIG M. GENO, PLLC

                                    By: _____
                                                 Craig M. Geno

(Attach copies of ballots)

Case 21-10841-JDW    Doc 43-1    Filed 07/29/21    Entered 07/29/21 09:59:29    Desc
Subchapter V Ballot    Page 1 of 1

CM/ECF sVballot
(02/06/20)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re:    Teresa Ames Hughes    )    Case No.: 21-10841-JDW
       Debtor(s)    )    Chapter: 11
           )    Judge: Jason D. Woodard
           )
           )

## BALLOT FOR ACCEPTING OR REJECTING PLAN

Order and Notice Under Subchapter V of Chapter 11 Fixing: (1) 1111(b) Election Deadline; (2) Record Holder Deadline; (3) Voting Deadline; (4) Plan Objection Deadline; and (5) Confirmation Hearing Date (Re: 42 Chapter 11 Small Business Subchapter V Plan filed by Debtor Teresa Ames Hughes). Confirmation hearing to be held on 9/22/2021 at 10:30 AM at Oxford Federal Building. Last Day to Object to Confirmation 8/31/2021. Ballots Due 8/31/2021. Entered on Docket by: (SGF)

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim/equity interest has been placed in the class shown in your copy of the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE PLAN

[If the voter is the holder of a (secured) priority, or unsecured nonpriority claim:]
The undersigned, the holder of a Class [ 3 ] claim against the Debtor in the unpaid amount of $ 427,965.93

[or, if the voter is the holder of a bond, debenture, or other debt security:]
The undersigned, the holder of a class [ ] claim against the Debtor, consisting of $_____ principal amount of [describe bond, debenture, or other debt security] _____ of the Debtor (For purposes of this Ballot it is not necessary and you should not adjust the principal amount for any accured or unmatured interest.)

[or, if the voter is the holder of an equity interest:]
The undersigned, the holder of Class [ ] equity interest in the Debtor, consisting of _____ shares or other interests of [describe equity interest] _____ in the Debtor.

[Check One Box Only]    [X] ACCEPTS    [ ] REJECTS
Dated: 8-26-21

Print/Type Individual or Corporate Name: PDI Investments, INC
   Robert Lomenick
Signature: /s/ /L/  MSB#104176
Title (if corporation or partnership): Attorney
Address: 6600 Vaiden Rd.
Hernando, MS 38632

RETURN THIS BALLOT ON OR BEFORE 8/31/21 TO:
Attorney for Debtor or Designated Agent for Debtor listed below:

Craig M. Geno
587 Highland Colony Parkway
Ridgeland, MS 39157